FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2020

SEAN F. McAVOY, CLERK

PENALTY SLIP

DEFENDANT:  **JESUS BARTOLO ZAVALA-ALVAREZ**

TOTAL NO. COUNTS:  3

**Same Penalty applies to Counts 1 and 5.**

VIO:  **21 U.S.C. § 846, 841(a)(1), (b)(1)(A)(vi) and (viii) - Conspiracy to Distribute 50 Grams or More of Actual Methamphetamine and 400 Grams or more of Fentanyl (Count 1)**

VIO:  **21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2 - Possession with the Intent to Distribute 50 Grams or More of Actual Methamphetamine (Count 5)**

PENALTY:  **CAG not less than 10 years nor more than life;
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment;
denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862A.**

VIO:  **21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and 18 U.S.C. § 2 - Possession with the Intent to Distribute 400 Grams or more of Fentanyl (Count 6)**

PENALTY:  **CAG not less than 10 years nor more than life;
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment;
denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862A.**

Notice of Criminal Forfeiture Allegations:  21 U.S.C. § 853

CASE NO.  4:20-CR-6016-SMJ-3

AUSA INITIAL  SAV