FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JESUS BARTOLO ZAVALA-ALVAREZ,<br><br>　　　　　　Defendant. | No.　4:20-CR-06016-SAB-3<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION** |

　　Before the Court is Defendant's Motion for Reduction of Sentence Under the First Step Act, ECF No. 204. Defendant is a federal inmate at FCI Oakdale II and is representing himself.

　　On March 31, 2021, Defendant entered a plea of guilty to Count 5 (Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)) and Count 6 (Possession with the Intent to Distribute 400 Grams or more of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and 18 U.S.C. § 2) of the Indictment filed on June 2, 2020. The U.S.S.G. calculated a Total Offense Level of 37—including a 2-level increase for possessing a firearm—and a Category I Criminal History (Criminal History Score of 0), which resulted in a range of 210 to 262 months. On April 11, 2022, Defendant was sentenced to 135 months' imprisonment.

　　Defendant asks the Court to find that he was eligible for a safety-valve provision at sentencing under the First Step Act, which would retroactively exempt him from any

**ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION # 1**

mandatory sentence for his convictions in this matter. *See Pulsifer v. United States*, 601 U.S. 124, 127–129 (2024). However, Defendant's possession of a firearm disqualifies him from a safety-valve reduction. *See id*. at 154; 18 U.S.C. § 3553(f)(2). The motion is therefore **denied**.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Reduction of Sentence Under the First Step Act, ECF No. 204, is **DENIED**.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to Defendant and the Federal Defender's Office.

**DATED** this 7th day of January 2026.



Stan Bastian
Chief United States District Judge

**ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION # 2**