FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>JESUS BARTOLO ZAVALA-ALVAREZ,<br><br>                    Defendant. | No.    4:20-CR-06016-SAB-3<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION** |

Before the Court is Defendant's Motion for Reduction of Sentence in Light of Amendment to U.S.S.G. 2D1.1(e), ECF No. 207. Defendant is a federal inmate at FCI Oakdale II and is proceeding pro se.

On March 31, 2021, Defendant entered a plea of guilty to Count 5 (Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)) and Count 6 (Possession with the Intent to Distribute 400 Grams or more of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and 18 U.S.C. § 2) of the Indictment filed on June 2, 2020. The U.S.S.G. calculated a Total Offense Level of 37—including a 2-level increase for possessing a firearm—and a Category I Criminal History (Criminal History Score of 0), which resulted in a range of 210 to 262 months. On April 11, 2022, Defendant was sentenced to 135 months' imprisonment. Defendant now asks the Court to find that he is eligible for a

**ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION # 1**

reduction in sentence based on the contention that he only played a minimal or minor role in the offense.

When applying U.S.S.G. §3B1.2 ("the Mitigating Role reduction") to §2D1.1 cases (*i.e.*, drug-trafficking cases), the Court must first determine whether a defendant was a minimal or minor participant in the criminal activity. In making this determination, courts consider (1) the degree to which the defendant understood the scope and structure of the criminal activity, (2) the degree to which the defendant participated in planning or organizing, (3) the degree to which the defendant exercised decision-making authority or influenced the exercise of decision-making authority, (4) the nature and extent of the defendant's participation in the commission of the criminal activity (including the acts the defendant performed and the responsibility and discretion the defendant had in performing those acts), and (5) the degree to which the defendant stood to benefit from the criminal activity.

The Guidelines specifically state that a defendant was likely a minimal participant if the defendant simply served as a courier, ran errands, sent or received communications, or acted as a lookout. On the other hand, the Guidelines state that a defendant was likely a minor participant if the defendant distributed controlled substances "in user-level quantities for little or no monetary compensation or with a primary motivation other than profit."

Here, law enforcement searched Defendants residence and located 19,000 counterfeit oxycodone pills laced with fentanyl, 8 pounds of crystal methamphetamine, 64 ounces of liquid methamphetamine, 3 ounces of heroin, two digital scales, multiple Ziploc baggies, a loaded handgun, and $4,800 in cash. The significant amount of narcotics and currency seized indicate that Defendant was not a minimal or minor participant and is therefore not entitled to a Mitigating Role reduction. Moreover, even assuming Defendant was found to be a minimal participant, the accompanying 4-point reduction (the highest reduction available under the Mitigating Role reduction) would result in a Total Offense

**ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION # 2**

Level of 33, resulting in a range of 135 to 168 months, and Defendant was already sentenced to only 135 months. For these reasons, motion is therefore **denied**.

Accordingly, **IT IS ORDERED**:

1.    Defendant's Motion for Reduction of Sentence in Light of Amendment to U.S.S.G. 2D1.1(e), ECF No. 207, is **DENIED**.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to Defendant.

**DATED** this 1st day of June 2026.



Stan Bastian
Chief United States District Judge

**ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION # 3**